Certificate Number: 13861-PAM-DE-041647907

Bankruptcy Case Number: 26-02765

13861-PAM-DE-041647907

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 6, 2026, at 10:43 o'clock AM PST, Susan Marie Carrigan completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 6, 2026

By: /s/Suzanne Bourbois

Name: Suzanne Bourbois

Title: Counselor